```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16378
    CALVIN L KIPPERS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

              Debtor
   SSN XXX-XX-5809


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/07/2007 and was confirmed 11/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CPS                      SECURED VEHIC    6850.00          182.91         1048.09
CPS                      UNSECURED        1176.19             .00             .00
CPS                      NOTICE ONLY     NOT FILED            .00             .00
BARCLAYS CAPITAL REAL ES CURRENT MORTG        .00             .00             .00
BARCLAYS CAPITAL REAL ES MORTGAGE ARRE  13750.24              .00             .00
HOMEQ SERVICING CORP     CURRENT MORTG        .00             .00             .00
HOMEQ SERVICING CORP     MORTGAGE ARRE   2077.50              .00             .00
INTERNAL REVENUE SERVICE PRIORITY        8817.21              .00             .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED             .00             .00
FIRST MIDWEST BANK       UNSECURED      NOT FILED             .00             .00
NICOR GAS                UNSECURED        959.36              .00             .00
PAYDAY LOANS INC         UNSECURED      NOT FILED             .00             .00
SANTA BARBARA BANK & TRU UNSECURED        564.00              .00             .00
T MOBILE                 UNSECURED        551.98              .00             .00
MIDLAND CREDIT MANAGEMEN UNSECURED        633.91              .00             .00
VILLAGE OF HAZEL CREST   UNSECURED      NOT FILED             .00             .00
MIDLAND CREDIT MANAGEMEN UNSECURED        806.84              .00             .00
THOMAS W DREXLER         DEBTOR ATTY     2,774.00             .00          353.40
TOM VAUGHN               TRUSTEE                                           115.60
DEBTOR REFUND            REFUND                                                .00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              1,700.00

PRIORITY                                       .00
SECURED                                   1,048.09
    INTEREST                                182.91
UNSECURED                                      .00
ADMINISTRATIVE                              353.40

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16378 CALVIN L KIPPERS
```

```
TRUSTEE COMPENSATION                                         115.60
DEBTOR REFUND                                                   .00
                                      ----------------  ----------------
TOTALS                                       1,700.00          1,700.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 08/26/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE



                          PAGE   2
           CASE NO. 07 B 16378 CALVIN L KIPPERS